

# Fourth Court of Appeals
## San Antonio, Texas

March 25, 2019

No. 04-19-00133-CV

**POPPINGFUN, INC**.,
Appellant

v.

**INTEGRACION DE MARCAS, S.A. DE C.V.**,
Appellee

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CI18028
Honorable Norma Gonzales, Judge Presiding

# O R D E R

Appellant's opposed motion for an extension of time to file the notice of appeal is granted.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 25th day of March, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court